**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WELCH FOODS, INC., A COOPERATIVE d/b/a WELCH'S, | ) ) ) |
| Plaintiff | ) Civil Action No. 1:19-cv-00322 ) |
| v. | ) District Judge Susan Paradise Baxter ) |
| GENERAL TEAMSTERS, LOCAL UNION NO. 397, | ) Magistrate Judge Richard A. Lanzillo ) ) |
| Defendant | ) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of James A. Prozzi, Esquire of the law firm of Jackson Lewis P.C. on behalf of Plaintiff, Welch Foods, Inc., a Cooperative d/b/a Welch's, in the above-captioned matter.

Dated: August 27, 2020

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Douglas G. Smith*
    Douglas G. Smith, Esquire
    PA I.D. No. 56834
    Douglas.smith@jacksonlewis.com
    1001 Liberty Avenue, Suite 1000
    Pittsburgh, PA  15222
    Telephone:  (412) 232-0404
    Facsimile:  (412) 232-3441
    *Counsel for Plaintiff*